## Albert F. Diegley, Appellee, v. Mabel E. Lilly, Appellant.

Gen. No. 41,775.

Heard in third division, first district, this court at June term, 1941; opinion filed June 24, 1942. Pollock & Latchford and Samuel S. Brown, for appellant; Edward G. Berglund, for appellee. Opinion by JUSTICE KILEY. ''Not to be published in full.''